UST-32, 3-99

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SAUCEDO, LUIS<br>SAUCEDO, MARIA JESUS<br><br>                Debtor(s) | Chapter 7<br><br>Case No. 08-18562 PHX GBN<br><br>APPLICATION FOR PAYMENT OF<br>UNCLAIMED FUNDS TO<br>U.S. BANKRUPTCY COURT |

Roger W. Brown, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10108 | 04/30/2010 | CHRYSLER FINANCIAL SERVICES<br>C/O JAMES E. SHIVELY<br>2999 NORTH 44TH STREET, SUITE 500<br>PHOENIX, AZ 85018 | $61.32 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 61.32 to the Clerk of the Court to be deposited in the Registry thereof.

August 26, 2010                  /s/ Roger W. Brown
Date                                         Roger W. Brown, Trustee